1  MICHAEL T. LUCEY (SBN: 099927)
   MARIE A. TRIMBLE (SBN: 257891)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   AMERICAN ACADEMY OF
6  FORENSIC SCIENCES

7

   RANDALL L. WIENS (SBN: 105326)
8  LAW OFFICES OF RANDALL L. WIENS
   1007 – 7th Street, Suite 500
9  Sacramento, CA 95814
   Telephone: (916) 446-1900
10 Facsimile: (916) 446-1919

11 Attorney for Plaintiff
   JAMES A. BLANCO

12

13                          UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

17 JAMES A. BLANCO                     )   CASE NO. CV 09 2780 SI
                                       )
18                Plaintiff,           )   **STIPULATION TO CONTINUE DATE**
                                       )   **TO FILE MOTIONS**
19        vs.                          )
                                       )
20 AMERICAN ACADEMY OF FORENSIC        )
   SCIENCES; and DOES 1-20,            )
21                                     )
                  Defendants.          )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
   _____)
25

26

27

28

-1-
STIPULATION TO CONTINUE DATE TO FILE MOTIONS                    CASE NO. CV 09 2780 SI

IT IS HEREBY STIPULATED by and between plaintiff, JAMES A. BLANCO, through his designated counsel, Randall L. Wiens of the Law Offices of Randall L. Wiens, and defendant AMERICAN ACADEMY OF FORENSIC SCIENCES, through its designated counsel, Marie A. Trimble of Gordon & Rees, that by and through their attorneys of record, hereby stipulate to continue the date by which motions may be filed from December 11, 2009 to December 18, 2009.

Dated:  December 9, 2009

GORDON & REES, LLP

By: _____/s/_____
       Marie A. Trimble
Attorneys for Defendant
AMERICAN ACADEMY OF FORENSIC SCIENCES

Dated:  December 9, 2009

LAW OFFICES OF RANDALL L. WIENS

By: _____/s/_____
       Randall L. Wiens
Attorney for Plaintiff
JAMES A. BLANCO

IT IS SO ORDERED.

_____
Judge of the U.S. District Court