Randall L. Wiens - State Bar Number 105326
LAW OFFICES OF RANDALL L. WIENS
1007 - 7th Street, Suite 500
Sacramento, California  95814
Office:         (916) 446-1900
Facsimile:     (916) 446-1919
E-Mail:        "randall@wienslaw.com"

Attorneys for Plaintiff James A. Blanco

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BLANCO,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN ACADEMY OF FORENSIC SCIENCES; and DOES 1-20,<br><br>           Defendants.<br>_____/ | Case No. C 09-02780 SI<br><br>ORDER GRANTING PLAINTIFF JAMES A BLANCO'S EX PARTE APPLICATION FOR LEAVE TO EXCEED 15-PAGE LIMITATION ON PLAINTIFF'S REPLY BRIEF ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:      January 14, 2010<br>Time:     not applicable<br>Dept.:     10<br>Judge:    Honorable Susan Illston |

GOOD CAUSE APPEARING, and defendant AAFS having no objection, plaintiff James A. Blanco's ex parte application for leave to exceed the 15-page limit on plaintiff's reply to defendant's opposition to plaintiff's January 29, 2010 motion for preliminary injunction is granted. Plaintiff is permitted to file a reply brief up to 25 pages in length.

IT IS SO ORDERED.

Dated: _____        _____
                                                                        Judge of the District Court

03BA048W.B07.ZP02 - Plt Blanco's Ex Parte App to Exceed 15-Page Limitation on Reply Brief (Order Granting) (C 09-02780 SI)

-1-