1 Randall L. Wiens - State Bar Number 105326
LAW OFFICES OF RANDALL L. WIENS
2 1007 - 7th Street, Suite 500
Sacramento, California 95814
3 Office: (916) 446-1900
Facsimile: (916) 446-1919
4 E-Mail: "randall@wienslaw.com"

5 Attorneys for Plaintiff James A. Blanco

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11 JAMES A. BLANCO,     Case No. C 09-02780 SI

12    Plaintiff,    ORDER GRANTING PLAINTIFF JAMES A BLANCO'S EX PARTE APPLICATION FOR LEAVE TO EXCEED 15-PAGE LIMITATION ON PLAINTIFF'S REPLY BRIEF ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

13 vs.

15 AMERICAN ACADEMY OF FORENSIC SCIENCES; and DOES 1-20,

   Date: January 14, 2010
   Time: not applicable
   Dept.: 10
17    Defendants.    Judge: Honorable Susan Illston

18    GOOD CAUSE APPEARING, and defendant AAFS having no objection, plaintiff James A. Blanco's ex parte application for leave to exceed the 15-page limit on plaintiff's reply to defendant's opposition to plaintiff's January 29, 2010 motion for preliminary injunction is granted. Plaintiff is permitted to file a reply brief up to 25 pages in length.

22    IT IS SO ORDERED.

24 Dated: _____     _____
   Judge of the District Court

03BA048W.B07.ZP02 - Plt Blanco's Ex Parte App to Exceed 15-Page Limitation on Reply Brief (Order Granting) (C 09-02780 SI)