1  MICHAEL T. LUCEY (SBN: 099927)
   MARIE A. TRIMBLE (SBN: 257891)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   AMERICAN ACADEMY OF
6  FORENSIC SCIENCES

7

   RANDALL L. WIENS (SBN: 105326)
8  LAW OFFICES OF RANDALL L. WIENS
   1007 – 7th Street, Suite 500
9  Sacramento, CA 95814
   Telephone: (916) 446-1900
10 Facsimile: (916) 446-1919

11 Attorneys for Plaintiff
   JAMES A. BLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BLANCO, | CASE NO. CV 09 2780 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO PARTICIPATE IN EARLY NEUTRAL EVALUATION** |
| vs. | |
| AMERICAN ACADEMY OF FORENSIC SCIENCES; and DOES 1-20, | |
| Defendants. | |

On February 22, 2010, Plaintiff JAMES A. BLANCO, through his designated counsel, Randall L. Wiens of the Law Offices of Randall L. Wiens, and defendant AMERICAN ACADEMY OF FORENSIC SCIENCES, through its designated counsel, Marie A. Trimble of Gordon & Rees, stipulated to participate in Early Neutral Evaluation.

After full consideration of the issues presented, the Parties are to act pursuant to their Stipulation to Participate in Early Neutral Evaluation. **IT IS SO ORDERED.**

Dated:_____

*Susan Illston* (signature)

Honorable Judge Susan Illston

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

MNTR/1058575/7122822v.1

-2-
[PROPOSED] ORDER