MICHAEL T. LUCEY (SBN: 099927)
MARIE A. TRIMBLE (SBN: 257891)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AMERICAN ACADEMY OF
FORENSIC SCIENCES


RANDALL L. WIENS (SBN: 105326)
LAW OFFICES OF RANDALL L. WIENS
1007 – 7th Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 446-1900
Facsimile: (916) 446-1919

Attorneys for Plaintiff
JAMES A. BLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BLANCO, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN ACADEMY OF FORENSIC SCIENCES; and DOES 1-20, <br><br> Defendants. | CASE NO. CV 09 2780 SI <br><br> **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO PARTICIPATE IN EARLY NEUTRAL EVALUATION** |

On February 22, 2010, Plaintiff JAMES A. BLANCO, through his designated counsel, Randall L. Wiens of the Law Offices of Randall L. Wiens, and defendant AMERICAN ACADEMY OF FORENSIC SCIENCES, through its designated counsel, Marie A. Trimble of Gordon & Rees, stipulated to participate in Early Neutral Evaluation.

After full consideration of the issues presented, the Parties are to act pursuant to their Stipulation to Participate in Early Neutral Evaluation. **IT IS SO ORDERED.**

Dated:_____

_____
Honorable Judge Susan Illston

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111