IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. BLANCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN ACADEMY OF FORENSIC SCIENCES,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-02780 SI<br>**Second**<br>**PRETRIAL PREPARATION ORDER** |

　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 10, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 29, 2010.

DESIGNATION OF EXPERTS: 9/3/10; REBUTTAL: 9/20/10.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 29, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by October 29, 2010;

　　Opp. Due November 12, 2010; Reply Due November 19, 2010;

　　and set for hearing no later than December 3, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 15, 2011 at 3:30 PM.

JURY TRIAL DATE: February 28, 2011 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge