MICHAEL T. LUCEY (SBN: 099927)
MARIE A. TRIMBLE (SBN: 257891)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AMERICAN ACADEMY OF
FORENSIC SCIENCES


RANDALL L. WIENS (SBN: 105326)
LAW OFFICES OF RANDALL L. WIENS
1007 – 7th Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 446-1900
Facsimile: (916) 446-1919

Attorney for Plaintiff
JAMES A. BLANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. BLANCO,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN ACADEMY OF FORENSIC SCIENCES; and DOES 1-20,<br><br>          Defendants. | CASE NO. CV 09 2780 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JAMES A. BLANCO and Defendant AMERICAN ACADEMY OF FORENSIC SCIENCES ("Defendant") (referred to collectively as the "Parties") jointly submit the following Stipulation for Dismissal with Prejudice:

      WHEREAS the Parties have entered into an agreement setting forth the terms and conditions of settlement.

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. CV 09 2780 SI

1  IT IS HEREBY STIPULATED by and between the Parties, by and through their counsel,
2  that this action is hereby dismissed with prejudice in its entirety. Each Party shall bear its own
3  costs and fees.

4
5  Dated: ~~August 30, 2010~~ September 2, 2010   ATTORNEY FOR PLAINTIFF
6                                                  By /s/ Randall L. Wiens
7                                                  RANDALL L. WIENS
                                                    Attorney for Plaintiff
8                                                   JAMES A. BLANCO
9
10 Dated: August 30, 2010                           ATTORNEYS FOR DEFENDANT
11
12                                                  By /s/
13                                                  MARIE A. TRIMBLE
                                                    Attorneys for Defendants
14                                                  AMERICAN ACADEMY OF
                                                    FORENSIC SCIENCES
15
16  Pursuant to the Parties' Stipulation for Dismissal With Prejudice, this action is hereby
17 dismissed with prejudice in its entirety.
18  **IT IS SO ORDERED.**
19
20 Dated:_____                                  /s/ Susan Illston
21                                                  _____
                                                    Honorable Susan Illston
22
23
24
25
26
27
28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111